UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JAN 1 0 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| W.T. CORTEZ LAKES, | ) |
| | ) |
| Defendant. | ) |

## 4:19CR022 RLW/JMB

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about December 3, 2018, within the Eastern District of Missouri,

**W.T. CORTEZ LAKES,**

the Defendant herein, did threaten to assault and murder unnamed deputy United States

Marshals, federal law enforcement officers, with intent to impede, intimidate, and interfere with

those deputy United States Marshals while they were engaged in the performance of their official

duties,

In violation of Title 18, United States Code, Section 115.

## COUNT TWO

The Grand Jury charges that:

On or about December 3, 2018, within the Eastern District of Missouri,

**W.T. CORTEZ LAKES,**

the Defendant herein, did by a threatening communication endeavor to influence, intimidate, and

impede U.S. Probation Officer Jennifer Parker, a judicial officer, in the discharge of her duties in

U.S. v. Lakes, 4:10-CR-00412-AGF, by threatening to assault and murder her.

In violation of Title 18, United States Code, Section 1503.

## COUNT THREE

The Grand Jury charges that:

On or about November 24, 2018, in St. Louis County, within the Eastern District of Missouri,

### W.T. CORTEZ LAKES,

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
JASON S. DUNKEL, #65886MO
Assistant United States Attorney