UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 4:19CR22RLW |
| v. | ) 4:10CR412RLW |
| | ) |
| W. T. CORTEZ LAKES | ) |
| | ) |
| Defendant. | |

**DEFENDANT'S MOTION TO CONTINUE CONSOLIDATED PLEA AND SENTENCING AND FINAL SUPERVISED RELEASE REVOCATION HEARING**

Come now defendant W. T. Cortez Lakes, by and through counsel, Assistant Federal Public Defender Kevin C. Curran, and moves the Court to continue the events scheduled under two separate files related to a consolidated plea and sentencing and a final supervised release revocation hearing currently set for December 18, 2020.  Counsel needs additional time to review the Pre-Sentence Report with defendant.  Counsel has not completed that due to some changes that had to be made to the Pre-Sentence Report, having to schedule time to do it remotely and the time needed to explain it to defendant so he understands.  In addition, defendant has expressed an interest in having the proceedings done in person, not remotely.  Counsel wishes additional time to thoroughly discuss this with him as it is not certain that will be what defendant finally decides to do.  Counsel has discussed this request with the government and there is no objection to it. A continuance in this matter is in the interests of justice as it allows reasonable time for counsel to be properly prepared pursuant to 18 U.S.C., §3161.   The government has no objection to the requested continuance.

If the Court grants this request, counsel moves for a continuance of five weeks.

1

Respectfully submitted,

/s/Kevin C. Curran
KEVIN C. CURRAN
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kevin_Curran@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Jason Scott Dunkel, Assistant United States Attorney.

/s/Kevin C. Curran
KEVIN C. CURRAN
Assistant Federal Public Defender